UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELSY QUIJADA,

      Plaintiff,

v.                                          CASE NO. 3:25-cv-541-SJH

GET CERTIFIED AMERICA!, LLC,

      Defendant.

                                     /

## ORDER SETTING VIDEO HEARING

**THIS CAUSE** is before the Court on the Amended Joint Motion for Approval of Settlement, Dismissal with Prejudice, and Incorporated Memorandum of Law ("Motion"). Doc. 47. Upon review, the Court finds that a hearing on the Motion is appropriate.

Accordingly, it is **ORDERED**:

1. A hearing on the Motion is hereby scheduled before the undersigned on **May 4, 2026, at 1:00 p.m.**[1] The hearing will be conducted by video teleconferencing using Zoom. The Courtroom Deputy will separately send participants the link. Information on how others can observe the proceeding can be found on the Court's website, www.flmd.uscourts.gov. Participants and observers should dress in suitable attire and appear in front of an appropriate professional background. Recording,

---

[1] This hearing is being scheduled simultaneously with a hearing on a similar motion for settlement approval in Case No. 3:25-cv-393-SJH.

broadcasting, transmitting, or photographing any part of the proceedings is strictly prohibited. *See* Local Rule 5.01.

**DONE AND ORDERED** in Jacksonville, Florida, on April 27, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record